■ ROBIN A. HAGSTROM, Respondent, v ANTHONY CAULFIELD et al., Respondents and JOHN J. FLYNN, Appellant.—In a negligence action to recover damages for personal injuries, the appeal is from an order of the Supreme Court, Suffolk County, dated August 21, 1978, which denied the motion of defendant John J. Flynn for leave to amend his answer to deny that he granted permission to defendant Anthony Caulfield to operate his vehicle. Order affirmed, with $50 costs and disbursements. No opinion. Suozzi, J. P., Lazer and Shapiro, JJ., concur.

Cohalan, J., dissents, and votes to reverse the order and grant the motion, with the following memorandum: The record does not indicate that the granting of this motion would result in "clear and disabling prejudice" to the plaintiff (see *Dransfield v Eastern Seaboard Warehouse Corp.,* 43 AD2d 569, 570). Even if the appellant's original answer had included a denial of permission to defendant Caulfield to use his vehicle, the plaintiff's prospects

of successfully asserting a claim with the Motor Vehicle Accident Indemnification Corporation would not have been improved (see *Sherman v Morales,* 50 AD2d 610).